George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Keli'i Mundon*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Keli'i Mundon, | Case No.: 2:24-cv-00936 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |
| National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Backgroundchecks.com LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Keli'i Mundon and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///
///
///
///
///

_____

STIPULATION                  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 25, 2024.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Keli'i Mundon*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

IT IS SO ORDERED:

UNITES STATES DISTRICT JUDGE

DATED: December 2, 2024